| | |
|---|---|
| **IN RE: Bilkisu Abubakar-Mohammed**<br>Debtor(s) | **BK NO. 20-03448 HWV**<br><br>**Chapter 13** |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
10 Dec 2020, 16:37:57, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322