United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Bilkisu Abubakar-Mohammed  
    Debtor(s)

Case No. 20-03448-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 08, 2021      Form ID: ntcnfhrg      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Bilkisu Abubakar-Mohammed, 241 N. Newborn Street, York, PA 17401 |
| 5377602 | | Avant, STE. 1700, Chicago, IL 60601 |
| 5377603 | | Best Buy Credit Srvc., PO Box 9001007, Louisville, KY 40290-1007 |
| 5377606 | + | CB Indigo, PO Box 23039, Columbus, GA 31902-3039 |
| 5377613 | | Fortiva Credit, PO Box 105341, Atlanta, GA 30348-5341 |
| 5377614 | + | Freedom Mortgage Corp., 201 Good Drive, Lancaster, PA 17603-2399 |
| 5377615 | + | GB/ First Electronic, PO Box 4499, Beaverton, OR 97076-4499 |
| 5377618 | | M & T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 5377619 | + | Mariner Fin., 2044 Fruitville Pike, Lancaster, PA 17601-3918 |
| 5377626 | + | TD Bank/ Target, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 19:12:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5377604 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 19:12:45 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 5377605 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 19:12:14 | Capital One Bank NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5377607 | + | Email/Text: bzern@celticbank.com | Jan 08 2021 19:10:00 | Celtic Bank Corp., 268 S. State Street, Ste. 300, Salt Lake City, UT 84111-5314 |
| 5377609 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 08 2021 19:10:00 | Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 5377608 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 08 2021 19:10:00 | Comenity Bank, PO Box 182782, Columbus, OH 43218-2782 |
| 5377610 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 08 2021 19:10:00 | Comenity-Woman Within, PO Box 659728, San Antonio, TX 78265-9728 |
| 5377611 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 08 2021 19:11:38 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5377612 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 08 2021 19:12:15 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5377616 | + | Email/Text: bankruptcy@sccompanies.com | Jan 08 2021 19:10:00 | Ginny's, 1112 Seventh Ave., Monroe, WI 53566-1364 |
| 5379723 | + | Email/Text: bankruptcy@sccompanies.com | Jan 08 2021 19:10:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5383369 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 08 2021 19:10:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5377617 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 08 2021 19:09:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5377621 | | Email/Text: ml-ebn@missionlane.com | Jan 08 2021 19:09:00 | Mission Lane, PO Box 4517, Carol Stream, IL 60197-4517 |
| 5379725 | + | Email/Text: bankruptcy@sccompanies.com | Jan 08 2021 19:09:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5379726 | + | Email/Text: bankruptcy@sccompanies.com | Jan 08 2021 19:09:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5377620 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 08 2021 19:11:31 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5379729 | + | Email/Text: bankruptcy@sccompanies.com | Jan 08 2021 19:10:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5379721 | + | Email/Text: bankruptcy@sccompanies.com | Jan 08 2021 19:10:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5379722 | + | Email/Text: bankruptcy@sccompanies.com | Jan 08 2021 19:10:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5377622 | + | Email/Text: bankruptcy@sccompanies.com | Jan 08 2021 19:10:00 | Montgomery Ward, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 5378760 | | Email/PDF: cbp@onemainfinancial.com | Jan 08 2021 19:12:38 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5377623 | | Email/PDF: cbp@onemainfinancial.com | Jan 08 2021 19:12:03 | One Main Fin., 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 5379728 | + | Email/Text: bankruptcy@sccompanies.com | Jan 08 2021 19:10:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5379727 | + | Email/Text: bankruptcy@sccompanies.com | Jan 08 2021 19:09:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5377624 | + | Email/Text: bankruptcy@sccompanies.com | Jan 08 2021 19:10:00 | Swiss COlony, 1112 Seventh Ave., Monroe, WI 53566-1364 |
| 5377625 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 19:12:43 | Syncb/Pay Pal, PO BOX 965005, Orlando, FL 32896-5005 |
| 5377895 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 19:12:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5383771 | + | Email/Text: bncmail@w-legal.com | Jan 08 2021 19:10:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5379724 | + | Email/Text: bankruptcy@sccompanies.com | Jan 08 2021 19:10:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on **January 8, 2021** at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Thomas William Fleckenstein | on behalf of Debtor 1 Bilkisu Abubakar-Mohammed FleckensteinLaw@yahoo.com TFleck84@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Bilkisu Abubakar−Mohammed,

**Debtor 1**

Chapter 13

Case No. 1:20−bk−03448−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 3, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: February 10, 2021 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: JoanGoodling, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 8, 2021 |

ntcnfhrg (03/18)