UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Bilkisu Abubakar-Mohammed    :    Chapter 13
                                                       :
    Debtors    :    Case No. 20-03448

## CHANGE OF ADDRESS:

Listed below is the new address for Bilkisu Abubakar-Mohammad.

1 Kenlawn Court
Townson, MD 21204