# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

   Bilkisu Abubakar-Mohammed   :   Chapter 13

   Debtors   :   Case No. 20-03448

## **CHANGE OF ADDRESS:**

Listed below is the new address for Bilkisu Abubakar-Mohammad.

1545 Harvest Cove Drive
Middleburg, FL 32068