Certificate Number: 05781-PAM-DE-040009231

Bankruptcy Case Number: 20-03448



05781-PAM-DE-040009231

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2025, at 10:56 o'clock AM PDT, Bilkisu Abubakar-Mohammed completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   August 22, 2025          By:     /s/Allison M Geving

                                 Name:   Allison M Geving

                                 Title:  President