United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Bilkisu Abubakar-Mohammed  
    Debtor

Case No. 20-03448-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Aug 25, 2025      Form ID: 3180W      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bilkisu Abubakar-Mohammed, 1545 Harvest Cove Drive, Middleburg, FL 32068-6837 |
| 5377602 | | Avant, STE. 1700, Chicago, IL 60601 |
| 5386176 | + | Foundation Finance Company, LLC, 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |
| 5377614 | + | Freedom Mortgage Corp., 201 Good Drive, Lancaster, PA 17603-2399 |
| 5377615 | + | GB/ First Electronic, PO Box 4499, Beaverton, OR 97076-4499 |
| 5377619 | + | Mariner Fin., 2044 Fruitville Pike, Lancaster, PA 17601-3918 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: BASSASSOC.COM | Aug 25 2025 22:41:00 | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | EDI: PRA.COM | Aug 25 2025 22:41:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Aug 25 2025 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5377603 | | EDI: CITICORP | Aug 25 2025 22:41:00 | Best Buy Credit Srvc., PO Box 9001007, Louisville, KY 40290-1007 |
| 5377604 | | EDI: CAPITALONE.COM | Aug 25 2025 22:41:00 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 5377606 | + | EDI: PHINGENESIS | Aug 25 2025 22:41:00 | CB Indigo, PO Box 23039, Columbus, GA 31902-3039 |
| 5377605 | + | EDI: CAPITALONE.COM | Aug 25 2025 22:41:00 | Capital One Bank NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5388556 | + | EDI: BASSASSOC.COM | Aug 25 2025 22:41:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 5377607 | + | Email/Text: bzern@celticbank.com | Aug 25 2025 18:49:00 | Celtic Bank Corp., 268 S. State Street, Ste. 300, Salt Lake City, UT 84111-5314 |
| 5388855 | | EDI: CITICORP | Aug 25 2025 22:41:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5377609 | + | EDI: WFNNB.COM | Aug 25 2025 22:41:00 | Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 5377608 | | EDI: WFNNB.COM | Aug 25 2025 22:41:00 | Comenity Bank, PO Box 182782, Columbus, OH 43218-2782 |
| 5377610 | | EDI: WFNNB.COM | | |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 25 2025 22:41:00 | Comenity-Woman Within, PO Box 659728, San Antonio, TX 78265 |
| 5377611 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2025 18:55:52 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5377612 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2025 18:56:33 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5377613 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 25 2025 18:48:00 | Fortiva Credit, PO Box 105341, Atlanta, GA 30348-5341 |
| 5386821 | + | Email/Text: bncmail@w-legal.com | Aug 25 2025 18:49:00 | Foundation Finance Company, LLC, C/O: WEINSTEIN & RILEY, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 5390096 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 25 2025 18:48:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5377616 | + | EDI: CBS7AVE | Aug 25 2025 22:41:00 | Ginny's, 1112 Seventh Ave., Monroe, WI 53566-1364 |
| 5379723 | + | EDI: CBS7AVE | Aug 25 2025 22:41:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5383369 | | EDI: JEFFERSONCAP.COM | Aug 25 2025 22:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5377617 | | EDI: CAPITALONE.COM | Aug 25 2025 22:41:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 5388940 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2025 18:55:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5377618 | | Email/Text: camanagement@mtb.com | Aug 25 2025 18:49:00 | M & T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 5384486 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2025 18:54:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5377621 | | Email/Text: ml-ebn@missionlane.com | Aug 25 2025 18:48:00 | Mission Lane, PO Box 4517, Carol Stream, IL 60197-4517 |
| 5386112 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 25 2025 18:48:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5379725 | + | EDI: CBS7AVE | Aug 25 2025 22:41:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5379726 | + | EDI: CBS7AVE | Aug 25 2025 22:41:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5377620 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2025 18:54:36 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5379729 | + | EDI: CBS7AVE | Aug 25 2025 22:41:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5379721 | + | EDI: CBS7AVE | Aug 25 2025 22:41:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5379722 | + | EDI: CBS7AVE | Aug 25 2025 22:41:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5377622 | + | EDI: CBS7AVE | Aug 25 2025 22:41:00 | Montgomery Ward, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 5378760 | | EDI: AGFINANCE.COM | Aug 25 2025 22:41:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5377623 | | EDI: AGFINANCE.COM | Aug 25 2025 22:41:00 | One Main Fin., 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 5424769 | | EDI: PRA.COM | Aug 25 2025 22:41:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5424770 | | EDI: PRA.COM | | |

| Recip ID | Bypass/Notice | Date/Time | Name and Address |
| --- | --- | --- | --- |
| | | Aug 25 2025 22:41:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5384256 | EDI: Q3G.COM | Aug 25 2025 22:41:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5379728 | + EDI: CBS7AVE | Aug 25 2025 22:41:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5379727 | + EDI: CBS7AVE | Aug 25 2025 22:41:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5377624 | + EDI: CBS7AVE | Aug 25 2025 22:41:00 | Swiss COlony, 1112 Seventh Ave., Monroe, WI 53566-1364 |
| 5377625 | + EDI: SYNC | Aug 25 2025 22:41:00 | Syncb/Pay Pal, PO BOX 965005, Orlando, FL 32896-5005 |
| 5377895 | ^ MEBN | Aug 25 2025 18:44:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5383771 | + Email/Text: bncmail@w-legal.com | Aug 25 2025 18:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5377626 | + EDI: WTRRNBANK.COM | Aug 25 2025 22:41:00 | TD Bank/ Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 5384877 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 25 2025 18:48:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 5379724 | + EDI: CBS7AVE | Aug 25 2025 22:41:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5437392 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5437393 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bass and Associates PC | on behalf of Creditor CAVALRY SPV I LLC ecf@bass-associates.com |
| Denise E. Carlon | on behalf of Creditor Foundation Finance Company bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Thomas William Fleckenstein | on behalf of Debtor 1 Bilkisu Abubakar-Mohammed Tom@TomFleckenstein.com TFleck84@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Bilkisu Abubakar-Mohammed<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-1492<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20-bk-03448-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bilkisu Abubakar-Mohammed

8/25/25

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**